**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK BIDDLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER, CHARLES J. HILTON, P.C. ATTORNEY AT LAW, and NEC NETWORKS, LLC d/b/a/ CAPTURERX,<br><br>Defendants. | Civil Action No. 2:21-CV-815 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mark Biddle hereby voluntarily dismisses his claims in the above-captioned action, with prejudice and without fees or costs to any party, against all Defendants. This dismissal is pursuant to the final approval of the Settlement in *In re Capture RX Data Breach Litigation*, 5:21-cv-00523-OLG (W.D. Tex.) (the final approval order is attached hereto). As no Defendant has served an answer to the Complaint, or a motion for summary judgment in this proceeding, dismissal without prejudice is appropriate without a court order under Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).

Dated: March 1, 2024

*/s/ Gregory B. Linkh*
Gregory B. Linkh (admitted pro hac vice)
glinkh@glancylaw.com
Glancy Prongay & Murray LLP
230 Park Avenue, Suite 358
New York, New York 10169
Tel: 212.682.5340

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Gregory B. Linkh*
Gregory B. Linkh